**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN CASE THOMPSON, | NO. CV 18-9762-SVW (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ARROYO GRANDE POLICE DEPARTMENT, et. al., | |
| Defendants | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 27, 2021.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE